1

Int. Cl.: **14**

Prior U.S. Cl.: **28**

Reg. No. 1,669,365

## United States Patent and Trademark Office    Registered Dec. 24, 1991

## TRADEMARK
### PRINCIPAL REGISTER

# T & CO.

TIFFANY AND COMPANY (NEW YORK COR-
PORATION)
727 FIFTH AVENUE
NEW YORK, NY 10022

FOR: ALL TYPES OF JEWELRY MADE OF,
OR IN PART OF, PRECIOUS METALS AND/OR
WITH PRECIOUS OR SEMI-PRECIOUS
STONES, IN CLASS 14 (U.S. CL. 28).

FIRST USE 0–0–1979; IN COMMERCE
0–0–1979.
OWNER OF U.S. REG. NO. 261,711.
NO CLAIM IS MADE TO THE EXCLUSIVE
RIGHT TO USE "CO.", APART FROM THE
MARK AS SHOWN.

SER. NO. 74–104,857, FILED 10–11–1990.

VIVIAN MICZNIK, EXAMINING ATTORNEY

Int. Cl.: **14**

Prior U.S. Cl.: **28**

Reg. No. **1,228,409**

## United States Patent and Trademark Office

Registered Feb. 22, 1983

## TRADEMARK
### Principal Register

# TIFFANY

Tiffany & Company (New York corporation)
727 5th Ave.
New York, N.Y. 10022

For: DECORATIVE ART OBJECTS MADE IN WHOLE OR IN PART OF PRECIOUS OR SEMI-PRECIOUS METALS—NAMELY, FIGURINES, BOXES, BOWLS, TRAYS, AND FLOWERS, JEWELRY, SEMI-PRECIOUS STONES, AND NATURAL AND CULTURED PEARLS, in CLASS 14 (U.S. Cl. 28).

First use 1868; in commerce 1868.

Owner of U.S. Reg. Nos. 132,262, 133,063 and 139,646.

Ser. No. 304,915, filed Apr. 9, 1981.

DAVID E. BUCHER, Examining Attorney

Int. Cl.: 14

Prior U.S. Cls.: 2, 27, 28 and 50

Reg. No. 2,639,539

## United States Patent and Trademark Office

Registered Oct. 22, 2002

## TRADEMARK
### PRINCIPAL REGISTER

## TIFFANY

TIFFANY (NJ) INC. (NEW JERSEY CORPORA-
TION)
15 SYLVAN WAY
PARSIPPANY, NJ 07054

FOR: WATCHES AND CLOCKS, IN CLASS 14 (U.S.
CLS. 2, 27, 28 AND 50).

FIRST USE 0-0-1868; IN COMMERCE 0-0-1868.

OWNER OF U.S. REG. NOS. 23,573, 1,968,614 AND
OTHERS.

SER. NO. 76-388,031, FILED 3-25-2002.

PATRICIA JUDD, EXAMINING ATTORNEY

Int. Cls.: 8 and 14

Prior U.S. Cls.: 2, 8, 23, 28 and 37

**United States Patent and Trademark Office**

Reg. No. 1,228,189
Registered Feb. 22, 1983

## TRADEMARK
### Principal Register

## TIFFANY & CO.

Tiffany & Company (New York corporation)
727 5th Ave.
New York, N.Y. 10022

 For: BOTTLE OPENERS MADE IN WHOLE OR IN PART OF PRECIOUS OR SEMI-PRECIOUS METALS, in CLASS 8 (U.S. Cl. 23).
 First use 1908; in commerce 1908.
 For: DECORATIVE ART OBJECTS MADE IN WHOLE OR IN PART OF PRECIOUS OR SEMI-PRECIOUS METALS—NAMELY, FIGURINES, BOXES, BOWLS, TRAYS, AND FLOWERS, JEWELRY, METAL WARES MADE IN WHOLE OR IN PART OF PRECIOUS OR SEMI-PRE-CIOUS METALS—NAMELY, BUSINESS CARD CASES, CANDELABRAS, CANDLESTICKS, CIGAR AND CIGARETTE BOXES, NAPKIN RINGS, AND BOOKMARKS, SEMI-PRECIOUS STONES, NATURAL AND CULTURED PEARLS, in CLASS 14 (U.S. Cls. 2, 8, 28 and 37).
 First use 1968; in commerce 1968.
 Owner of U.S. Reg. No. 58,872.

 Ser. No. 304,929, filed Apr. 9, 1981.

DAVID E. BUCHER, Examining Attorney

Int. Cl.: **14**

Prior U.S. Cl.: **28**

Reg. No. **1,283,306**

## United States Patent and Trademark Office

Registered Jun. 26, 1984

## TRADEMARK
**Principal Register**

## TIFFANY & CO.

Tiffany and Company (New York corporation)
727 Fifth Ave.
New York, N.Y. 10022

For: DESK ACCESSORIES—NAMELY, CAL-ENDAR AND PHOTOGRAPH FRAMES; BAR ACCESSORIES—NAMELY, COASTERS, TUM-BLERS, PITCHERS, AND CORKSCREWS; CLOTHING ACCESSORIES—NAMELY, MON-EY CLIPS, CUFFLINKS, KEY HOLDERS, COL-LAR CLIPS, COLLAR PINS, COLLAR STAYS, TIE BARS; TIE TACKS; TIE SLIDES; BELT BUCKLES, AND STUDS; BABY GIFTS—NAME-LY, MILK CUPS, PORRINGERS AND RAT-TLES; SEWING NEEDLES; SEWING SPOOLS; SEWING THIMBLES; PERFUME FLASKS; TOOTHPICKS; BARRETTES; DECORATIVE MAGNETS; PILL BOXES; PIN BOXES; AND STYMIE MARKERS; ALL MADE OF OR PLAT-ED WITH PRECIOUS OR SEMI-PRECIOUS METALS, in CLASS 14 (U.S. Cl. 28).

First use 1867; in commerce 1867.

Owner of U.S. Reg. Nos. 1,217,065, 1,251,356 and others.

Ser. No. 416,496, filed Mar. 9, 1983.

JANIS MALTZ, Examiner

Int. Cl.: 14

Prior U.S. Cls.: 2, 27, 28 and 50

Reg. No. 1,968,614

## United States Patent and Trademark Office

Registered Apr. 16, 1996

### TRADEMARK
### PRINCIPAL REGISTER

## TIFFANY & CO.

TIFFANY AND COMPANY (NEW YORK COR-
    PORATION)
727 FIFTH AVENUE
NEW YORK, NY 10022

   FOR: ALL TYPES OF TIMEPIECES, IN-
CLUDING ESPECIALLY WATCHES AND
CLOCKS, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND
50).

   FIRST   USE   0–0–1895;   IN   COMMERCE
0–0–1895.
   NO CLAIM IS MADE TO THE EXCLUSIVE
RIGHT TO USE "& CO." , APART FROM THE
MARK AS SHOWN.

   SER. NO. 74–688,573, FILED 6–14–1995.

K. MARGARET LE, EXAMINING ATTORNEY

RENEWED

SEP 5 1943

RENEWED

# UNITED STATES PATENT OFFICE.

TIFFANY & COMPANY, OF NEW YORK, N. Y.

## TRADE-MARK FOR JEWELRY AND WATCHES.

STATEMENT and DECLARATION of Trade-Mark No. 23,573, registered September 5, 1893.

Application filed July 29, 1893.

### STATEMENT.

*To all whom it may concern:*

Be it known that the TIFFANY & COMPANY, a corporation organized under the laws of the State of New York, and located at New York,
5 in the county of New York and State of New York, and doing business at Union Square, in said city, has adopted for its use a Trade-Mark for Jewelry and Watches, of which the following is a full, clear, and exact specifica-
10 tion.

The trade mark of said corporation consists of the words "Tiffany & Co." These have generally been arranged as shown in the accompanying fac simile, in which they appear
15 in plain capital letters, arranged in a curved line; but the character of the type and arrangement of the words are unimportant, as the words may be arranged in fancy or ornamental characters without materially alter-
20 ing the character of the trade mark, the essential feature of which is the words "TIFFANY & Co."

This trade mark has been used continuously in business by said corporation for about twenty-five years last past, or since the incor- 25 poration of said company in 1868.

The class of merchandise to which this trade mark is appropriated is gold, silver, and other ornamental ware, and the particular description of goods comprised in such class is jew- 30 elry and watches.

It has been the practice to engrave or stamp the trade mark on the goods, or to have it cut, engraved, or stamped on a tablet attached to the packing box, or to have it printed, sten- 35 ciled, or otherwise applied to the packages in which the goods are sold, stored, or packed for shipment.

TIFFANY & CO.,
By C. L. TIFFANY,
*Presdt.*

Witnesses:
ANDREW J. BARRET,
W. E. DAMON.

### DECLARATION.

State of New York county of New York, ss.

C. L. TIFFANY being duly sworn deposes and says that he is the president of the corporation the applicant named in the foregoing
5 statement; that he does verily believe that the foregoing statement is true; that said applicant at this time has a right to the use of the trade-mark therein described; that no other person, firm, or corporation has the right to
10 such use, either in the identical form or in any such near resemblance thereto as might be calculated to deceive; that it is used by said corporation in commerce between the United States and foreign nations and particularly with Great Britain and that the description 15 and fac-similes presented for record truly represent the trade-mark sought to be registered.

C. L. TIFFANY.

Sworn to and subscribed before me this 27th day of July, 1893.

[L. S.]          ANDREW J. BARRET,
*Notary Public,* (199,) *N. Y. Co.*

Re-renewed, September 5, 1943 to Tiffany & Company, New York, N. Y.



wysiwyg://QueryFrame.10/http://uspto-a-p...&apct=&apcti=&rgst=&rgsti=&submit=Search

# Trademark Assignment Abstract of Title

**Total Assignments: 6**

**Serial #:** 70023573  **Filing Dt:** 07/29/1893  **Reg #:** 0023573  **Reg. Dt:** 09/05/1893
**Registrant:** Tiffany & Company
**Mark:** TIFFANY & CO.

**Assignment: 1**

**Reel/Frame:** 0497/0773  **Received:**  **Recorded:** 05/13/1985  **Mailed:** NONE  **Pages:** 21

**Conveyance:** AS SECURITY FOR OBLIGATIONS RECITED, ASSIGNOR HEREBY GRANTS A SECURITY INTEREST UNDER SAID MARK, SUBJECT TO AGREEMENT RECITED (SEE RECORD)

**Assignor:** TIFFANY AND COMPANY
**DBA/AKA/TA:** AKA TIFFANY & COMPANY AND TIFFANY & CO.

**Exec Dt:** 05/08/1985
**Entity Type:** UNKNOWN
**Citizenship:** NONE

**Assignee:** ARABIAN INVESTMENT BANKING CORPORATION (INVESTCORP) SERVICES, N.V.
9 WEST 57TH ST.
NEW YORK, NEW YORK 10019

**Entity Type:** CORPORATION
**Citizenship:** NETHERLANDS ANTILLES

**Correspondent:** CUSHMAN, DARBY, ET AL.
8TH FLOOR
1801 K ST., N.W.
WASHINGTON, DC 20006

**Assignment: 2**

**Reel/Frame:** 0497/0794  **Received:**  **Recorded:** 05/13/1985  **Mailed:** NONE  **Pages:** 21

**Conveyance:** AS SECURITY FOR OBLIGATIONS RECITED, ASSIGNOR HEREBY GRANTS A SECURITY INTEREST UNDER SAID MARK SUBJECT TO AGREEMENT RECITED, (SEE RECORD FOR DETAILS)

**Assignor:** TIFFANY AND COMPANY
**DBA/AKA/TA:** AKA TIFFANY & COMPANY AND TIFFANY & CO.

**Exec Dt:** 05/08/1985
**Entity Type:** UNKNOWN
**Citizenship:** NONE

**Assignee:** GENERAL ELECTRIC CREDIT CORPORATION
2777 SUMMER ST.
STAMFORD, CONNECTICUT 06905

**Entity Type:** CORPORATION
**Citizenship:** NEW YORK

**Correspondent:** CUSHMAN, DARBY, ET AL.
8TH FLOOR
1801 K ST, N.W.
WASHINGTON, DC 20006

**Assignment: 3**

6/9/04 12:42 PM

**Reel/Frame:** <u>0575/0301</u>   **Received:**   **Recorded:** 05/22/1987   **Mailed:** NONE   **Pages:** 17

**Conveyance:** SECURITY INTEREST

**Assignor:**                                                          **Exec Dt:** 05/13/1987

<u>GENERAL ELECTRIC CREDIT CORPORATION</u>   **Entity Type:** CORPORATION

                                                                **Citizenship:** NEW YORK

**Assignee:** <u>TIFFANY AND COMPANY</u>

727 FIFTH AVENUE                                       **Entity Type:** CORPORATION

NEW YORK, NEW YORK 10022                        **Citizenship:** NEW YORK

**Correspondent:** TIFFANY & CO.

FIFTH AVENUE & 57TH STREET

NEW YORK, NY 10022

## Assignment: 4

**Reel/Frame:** <u>0772/0319</u>   **Received:**   **Recorded:** 11/09/1990   **Mailed:** 04/24/1991   **Pages:** 17

**Conveyance:** SECURITY INTEREST

**Assignor:**                                                          **Exec Dt:** 11/08/1990

<u>ROBERTSON - CECO CORPORATION</u>   **Entity Type:** CORPORATION

                                                                **Citizenship:** DELAWARE

**Assignee:** <u>WELLS FARGO BANK, N. A.</u>

9TH FLOOR                                              **Entity Type:** A NATIONAL BANKING ASSOCIATION

333 SOUTH GRAND AVENUE   **Citizenship:** NONE

LOS ANGELES, CALIFORNIA
90071

**Correspondent:** SHEPPARD, MULLIN, RICHTER & HAMPTON

FORTH - EIGHTH FLOOR

333 SOUTH HOPE STREET

LOS ANGELES, CA 90071

## Assignment: 5

**Reel/Frame:** <u>0857/0891</u>   **Received:**   **Recorded:** 03/06/1992   **Mailed:** 05/20/1992   **Pages:** 8

**Conveyance:** MODIFICATION TO COLLATERAL ASSIGNMENT TO MODIFY AGREEMENT DATED
11-08-90 (SEE RECORD FOR DETAILS)

**Assignor:**                                                          **Exec Dt:** 01/31/1992

<u>ROBERTSON-CECO CORPORATION</u>   **Entity Type:** CORPORATION

                                                                **Citizenship:** DELAWARE

**Assignee:** <u>WELLS FARGO BANK</u>   **Entity Type:** A NATIONAL BANKING ASSOCIATION, AS
<u>N.A.</u>                                                        AGENT

                                    **Citizenship:** NONE

**Correspondent:** GIBSON, DUNN & CRUTCHER

ONE MONTGOMERY STREET

TELESIS TOWER

SAN FRANCISCO, CALIFORNIA 94104-4505

## Assignment: 6

wysiwyg://QueryFrame.10/http://uspto-a-p...&apct=&apcti=&rgst=&rgsti=&submit=Search

**Reel/Frame:** 2153/0923   **Received:** 11/30/2000     **Recorded:** 10/12/1999          **Mailed:** 12/05/2000 **Pages:** 6

**Conveyance:** ASSIGNS THE ENTIRE INTEREST

**Assignor:**

TIFFANY AND COMPANY                                          **Exec Dt:** 09/01/1999
                                                            **Entity Type:** CORPORATION
                                                            **Citizenship:** NEW YORK

**Assignee:**   TIFFANY (NJ) INC.
          727 FIFTH AVENUE                                  **Entity Type:** CORPORATION
          NEW YORK, NEW YORK 10022                          **Citizenship:** NEW JERSEY

**Correspondent:** DORSEY & WHITNEY LLP
          PATRICIA RUSSELL BROWN
          1001 PENNSYLVANIA AVENUE, N.W.
          WASHINGTON, DC 20004

Search Results as of: 6/9/2004 12:42:45 P.M.

If you have any comments or questions concerning the data displayed, contact OPR / Assignments at 703-308-9723
Web interface last modified: Oct. 5, 2002

6/9/04 12:42 PM



RENEWED

SEP 5 1943

RENEWED

# UNITED STATES PATENT OFFICE.

TIFFANY & COMPANY, OF NEW YORK, N. Y.

## TRADE-MARK FOR JEWELRY AND WATCHES.

STATEMENT and DECLARATION of Trade-Mark No. 23,573, registered September 5, 1893.

Application filed July 29, 1893.

### STATEMENT.

*To all whom it may concern:*

Be it known that the TIFFANY & COMPANY, a corporation organized under the laws of the State of New York, and located at New York,
5 in the county of New York and State of New York, and doing business at Union Square, in said city, has adopted for its use a Trade-Mark for Jewelry and Watches, of which the following is a full, clear, and exact specifica-
10 tion.

The trade mark of said corporation consists of the words "Tiffany & Co." These have generally been arranged as shown in the accompanying fac simile, in which they appear
15 in plain capital letters, arranged in a curved line; but the character of the type and arrangement of the words are unimportant, as the words may be arranged in fancy or ornamental characters without materially alter-
20 ing the character of the trade mark, the essential feature of which is the words "TIFFANY & Co."

This trade mark has been used continuously in business by said corporation for about twenty-five years last past, or since the incor- 25
poration of said company in 1868.

The class of merchandise to which this trade mark is appropriated is gold, silver, and other ornamental ware, and the particular description of goods comprised in such class is jew- 30
elry and watches.

It has been the practice to engrave or stamp the trade mark on the goods, or to have it cut, engraved, or stamped on a tablet attached to the packing box, or to have it printed, sten- 35
ciled, or otherwise applied to the packages in which the goods are sold, stored, or packed for shipment.

TIFFANY & CO.,
By C. L. TIFFANY,
*Presdt.*

Witnesses:
ANDREW J. BARRET,
W. E. DAMON.

### DECLARATION.

State of New York county of New York, ss.

C. L. TIFFANY being duly sworn deposes and says that he is the president of the corporation the applicant named in the foregoing
5 statement; that he does verily believe that the foregoing statement is true; that said applicant at this time has a right to the use of the trade-mark therein described; that no other person, firm, or corporation has the right to
10 such use, either in the identical form or in any such near resemblance thereto as might be calculated to deceive; that it is used by said corporation in commerce between the United States and foreign nations and particularly with Great Britain and that the description 15
and fac-similes presented for record truly represent the trade-mark sought to be registered.

C. L. TIFFANY.

Sworn to and subscribed before me this 27th day of July, 1893.

[L. S.]      ANDREW J. BARRET,
*Notary Public,* (199,) *N. Y. Co.*

Re-renewed, September 5, 1943 to Tiffany & Company, New York, N. Y.

# UNITED STATES PATENT OFFICE.

### TIFFANY & COMPANY, OF NEW YORK, N. Y.

**TRADE-MARK FOR JEWELRY FOR PERSONAL WEAR, NOT INCLUDING WATCHES; PRECIOUS STONES, AND FLAT AND HOLLOW WARE MADE OF OR PLATED WITH PRECIOUS METAL.**

**133,063.**              **Registered July 6, 1920.**

Application filed January 9, 1920. Serial No. 126,975.

## STATEMENT.

*To all whom it may concern:*

Be it known that TIFFANY & COMPANY, a corporation duly organized under the laws of the State of New York, and located in the borough of Manhattan, city, county, and State of New York, and doing business at Fifth avenue and 37th street, in the city, county, and State of New York, has adopted and used the trade-mark shown in the accompanying drawing, for jewelry for personal wear, not including watches; precious stones, and flat and hollow ware made of or plated with precious metal, in Class 28, Jewelry and precious-metal ware.

The trademark has been continuously used in the business of said corporation since 1868. The trademark is applied and affixed to the goods by stamping it directly upon the goods, by applying it to packages containing the goods and otherwise.

The applicant is the present owner of the following trademarks registered for the same class of merchandise: No. 23572 granted to Tiffany & Company on September 5, 1893; No. 23573 granted to Tiffany & Company on September 5, 1893, No. 58872 granted to Tiffany & Company on December 25, 1906.

TIFFANY & COMPANY,
By I. C. MOORE,
*President.*

## TIFFANY

## DECLARATION.

State of New York, county of New York, ss:

I. C. MOORE, being duly sworn, deposes and says:

That he is the president of the corporation, the applicant named in the foregoing statement; that he believes the foregoing statement is true; that he believes said corporation is the owner of the trademark sought to be registered; that no other person, firm, corporation or association, to the best of his knowledge and belief, has the right to use said trademark in the United States either in the identical form or in any such near resemblance thereto as might be calculated to deceive; that said trademark is used by said corporation in commerce among the several States of the United States and particularly between New York and New Jersey; that the description and drawing presented truly represent the trademark sought to be registered, and that the facsimiles show the trademark as actually used upon the goods, and that the mark has been in actual use as a trademark of the applicant for ten years next preceding February 20, 1905, and that to the best of his knowledge and belief, such use has been exclusive.

I. C. MOORE.

Subscribed and sworn to before me a notary public this 6th day of January, 1920.

[L. S.]        CHAS. J. AHERN,
*Notary Public.*

Correction in Certificate of Registration of
Trade-Mark No. 133,063.

It is hereby certified that the name of the officer of the corporation signing the statement and declaration of Certificate of Registration No. 133,063, registered July 6, 1920, upon the application of Tiffany & Company, of New York, N. Y., for a "Trade-Mark for Jewelry for Personal Wear, Not Including Watches, Precious Stones, and Flat and Hollow Ware Made of or Plated with Precious Metal," was erroneously given as I. C. Moore, whereas said name should have been given as *J. C. Moore;* and that the said Certificate should be read with this correction therein that the same may conform to the record of the case in the Patent Office.

Signed and sealed this 10th day of August, A. D., 1920.

[SEAL.]                                    M. H. COULSTON,

Int. Cls.: 3, 8, 14, 16, 18, 21, 25 and 35

Prior U.S. Cls.: 1, 2, 3, 4, 5, 6, 13, 22, 23, 27,
28, 29, 30, 33, 37, 38, 39, 40, 41, 44, 50, 51,
52, 100, 101 and 102

**Reg. No. 2,359,351**

## United States Patent and Trademark Office

Registered June 20, 2000

# TRADEMARK
# SERVICE MARK
### PRINCIPAL REGISTER



TIFFANY AND COMPANY (NEW YORK CORPORA-
TION)
727 FIFTH AVENUE
NEW YORK, NY 10022

FOR: FRAGRANCE PRODUCTS, NAMELY, PER-
FUME, COLOGNE, TOILET WATER, TOILET SOAP,
BABY POWDER, BODY CREAM, BATH GEL,
SHOWER GEL, BODY LOTION AND PERSONAL DE-
ODORANT, IN CLASS 3 (U.S. CLS. 1, 4, 6, 50, 51
AND 52).

FIRST USE 0–0–1987; IN COMMERCE 0–0–1987.
FOR: TABLEWARE, NAMELY, KNIVES, FORKS
AND SPOONS; POCKET KNIVES, SCISSORS, AND
RAZORS, IN CLASS 8 (U.S. CLS. 23, 28 AND 44).

FIRST USE 0–0–1939; IN COMMERCE 0–0–1939.
FOR: JEWELRY; WATCHES AND CLOCKS; PRE-
CIOUS AND SEMI-PRECIOUS STONES; DECORA-
TIVE ART OBJECTS MADE IN WHOLE OR IN PART
OF PRECIOUS METALS AND THEIR ALLOYS,
NAMELY, FIGURINES, BOXES AND TROPHIES;
NATURAL AND CULTURED PEARLS; METAL

WARES MADE IN WHOLE OR IN PART OF PRECIOUS METALS AND THEIR ALLOYS, NAMELY, CANDELABRAS, CANDLESTICKS, CIGAR AND CIGARETTE BOXES AND ASHTRAYS; BOWLS, SERVING TRAYS, TUMBLERS, PITCHERS, CORKSCREWS, CUPS, PORRINGERS, TOOTHPICKS AND PERFUME FLASKS SOLD EMPTY, ALL MADE IN WHOLE OR IN PART OF PRECIOUS METALS AND THEIR ALLOYS; BAR ACCESSORIES MADE OF PRECIOUS METALS AND THEIR ALLOYS, NAMELY, COASTERS; CLOTHING ACCESSORIES MADE OF PRECIOUS METALS AND THEIR ALLOYS, NAMELY, MONEY CLIPS, CUFFLINKS, KEY HOLDERS, KEY RINGS, COLLAR CLIPS, COLLAR PINS, COLLAR STAYS, TIE BARS, TIE TACKS, TIE SLIDES, BELT BUCKLES, AND SHIRT STUDS; PILL BOXES AND PIN BOXES MADE OF OR PLATED WITH PRECIOUS METALS AND THEIR ALLOYS; BABY RATTLES, GOLF CLUBS, AND PLACE MARKERS FOR GOLF BALLS MADE IN WHOLE OR IN PART OF PRECIOUS METALS AND THEIR ALLOYS; PICTURE CALENDAR AND PHOTOGRAPH FRAMES MADE IN WHOLE OR IN PART OF PRECIOUS METALS AND THEIR ALLOYS, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

FIRST USE 0–0–1939; IN COMMERCE 0–0–1939.

FOR: STATIONERY; DIARIES, CALENDARS, PERSONAL ORGANIZERS, DRAWING RULERS, BOOKMARKS, WRITING INSTRUMENTS AND PLAYING CARDS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 0–0–1939; IN COMMERCE 0–0–1939.

FOR: LEATHER GOODS, NAMELY, PURSES, HANDBAGS, WALLETS, CREDIT CARD CASES AND KEY CASES, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FIRST USE 0–0–1939; IN COMMERCE 0–0–1939.

FOR: CRYSTAL GLASSES, BOWLS, VASES, CANDY AND JELLY JARS, CANDLESTICKS, SERVING PLATTERS, DECORATIVE BOXES, BUCKETS AND BASKETS; CHINA, PORCELAIN, AND EARTHENWARE DINNERWARE, BOWLS, SERVING PLATTERS, TEA AND COFFEE SETS, MUGS, VASES, CANDY AND JELLY JARS, CANDLESTICKS, BOXES AND BASKETS, IN CLASS 21 (U.S. CLS. 2, 13, 23, 29, 30, 33, 40 AND 50).

FIRST USE 0–0–1939; IN COMMERCE 0–0–1939.

FOR: CLOTHING, NAMELY, NECKTIES, SCARVES AND BELTS , IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 0–0–1939; IN COMMERCE 0–0–1939.

FOR: RETAIL STORE AND MAIL ORDER CATALOG SERVICES FEATURING JEWELRY, WATCHES AND CLOCKS, GIFTWARE, DINNERWARE, FLATWARE, TABLE SERVICE PIECES, BABY GIFTS, DECORATIVE HOME FURNISHINGS, STATIONERY, WRITING INSTRUMENTS AND DESK ACCESSORIES, CLOTHING AND ACCESSORIES, TROPHIES AND MEDALS, SMOKERS' ACCESSORIES, WEATHER MONITORING ACCESSORIES, BAR ACCESSORIES, AND PERFUMERY, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 0–0–1939; IN COMMERCE 0–0–1939.

OWNER OF U.S. REG. NO. 2,184,128.

THE DRAWING IS LINED FOR THE COLOR BLUE, AND COLOR IS A FEATURE OF THE MARK.

THE MARK CONSISTS OF A SHADE OF BLUE OFTEN REFERRED TO AS ROBIN'S-EGG BLUE WHICH IS USED ON BOXES. THE MATTER SHOWN IN BROKEN LINES REPRESENTS BOXES OF VARIOUS SIZES AND SERVES TO SHOW POSITIONING OF THE MARK. NO CLAIM IS MADE TO SHAPE OF THE BOXES.

SEC. 2(F).

SER. NO. 75–544,375, FILED 8–24–1998.

TERESA M. RUPP, EXAMINING ATTORNEY

Int. Cls.: 3, 8, 14, 16, 18, 20, 21, 25, 28 and 35

Prior U.S. Cls.: 1, 2, 3, 4, 5, 6, 13, 22, 23, 25, 27,
28, 29, 30, 32, 33, 37, 38, 39, 40, 41, 44, 50, 51, 52,
100, 101 and 102

Reg. No. 2,184,128

## United States Patent and Trademark Office

Registered Aug. 25, 1998

## TRADEMARK
## SERVICE MARK
### PRINCIPAL REGISTER



TIFFANY AND COMPANY (NEW YORK COR-
PORATION)
727 FIFTH AVENUE
NEW YORK, NY 10022

FOR: FRAGRANCE PRODUCTS, NAMELY,
PERFUME, COLOGNE, TOILET WATER,
TOILET SOAP, BABY POWDER, BODY
CREAM, BATH GEL, SHOWER GEL, BODY
LOTION AND PERSONAL DEODORANT, IN
CLASS 3 (U.S. CLS. 1, 4, 6, 50, 51 AND 52).

FIRST USE 0–0–1987; IN COMMERCE
0–0–1987.
FOR: TABLEWARE, NAMELY, KNIVES,
FORKS AND SPOONS; POCKET KNIVES, SCIS-
SORS, AND RAZORS, IN CLASS 8 (U.S. CLS. 23,
28 AND 44).
FIRST USE 0–0–1939; IN COMMERCE
0–0–1939.
FOR: JEWELRY, WATCHES AND CLOCKS,
PRECIOUS AND SEMI-PRECIOUS STONES;
DECORATIVE ART OBJECTS MADE IN

2                                              2,184,128

WHOLE OR IN PART OF PRECIOUS OR SEMI-PRECIOUS METALS, NAMELY, FIGURINES, BOXES, AND TROPHIES; NATURAL AND CULTURED PEARLS; METAL WARES MADE IN WHOLE OR IN PART OF PRECIOUS OR SEMI-PRECIOUS METALS, NAMELY, CANDELABRAS, CANDLESTICKS, CIGAR AND CIGARETTE BOXES AND ASHTRAYS; BAR ACCESSORIES MADE OF PRECIOUS OR SEMI-PRECIOUS METALS, NAMELY, COASTERS; CLOTHING ACCESSORIES MADE OF PRECIOUS OR SEMI-PRECIOUS METALS, NAMELY, MONEY CLIPS, CUFFLINKS, KEY HOLDERS, KEY RINGS, COLLAR CLIPS, COLLAR PINS, COLLAR STAYS, TIE BARS, TIE TACKS, TIE SLIDES, BELT BUCKLES AND SHIRT STUDS; PILL BOXES AND PIN BOXES MADE OF OR PLATED WITH PRECIOUS OR SEMI-PRECIOUS METALS, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

FIRST USE 0–0–1939; IN COMMERCE 0–0–1939.

FOR: STATIONERY; DIARIES, CALENDARS, DRAWING RULERS, WRITING INSTRUMENTS AND PLAYING CARDS, BOOKMARKS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 0–0–1939; IN COMMERCE 0–0–1939.

FOR: LEATHER GOODS, NAMELY, PURSES, HANDBAGS, WALLETS, CREDIT CARD CASES, KEY CASES AND BRIEF CASE-TYPE PORTFOLIOS, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FIRST USE 0–0–1939; IN COMMERCE 0–0–1939.

FOR: PICTURE, CALENDAR AND PHOTOGRAPH FRAMES MADE IN WHOLE OR IN PART OF PRECIOUS OR SEMI-PRECIOUS METALS, IN CLASS 20 (U.S. CLS. 2, 13, 22, 25, 32 AND 50).

FIRST USE 0–0–1939; IN COMMERCE 0–0–1939.

FOR: BOWLS, SERVING TRAYS, TUMBLERS, PITCHERS, CORKSCREWS, CUPS, PORRINGERS, TOOTHPICKS AND PERFUME FLASKS SOLD EMPTY ALL MADE IN WHOLE OR IN PART OF PRECIOUS OR SEMI-PRE-

CIOUS METALS; CRYSTAL GLASSES, BOWLS, VASES, CANDY AND JELLY JARS, CANDLESTICKS, SERVING PLATTERS, BOXES, BUCKETS AND BASKETS; CHINA, PORCELAIN AND EARTHENWARE DINNERWARE, BOWLS, SERVING PLATTERS, TEA AND COFFEE SETS, MUGS, VASES, CANDY AND JELLY JARS, CANDLESTICKS, BOXES AND BASKETS, IN CLASS 21 (U.S. CLS. 2, 13, 23, 29, 30, 33, 40 AND 50).

FIRST USE 0–0–1939; IN COMMERCE 0–0–1939.

FOR: CLOTHING, NAMELY, NECKTIES, SCARVES AND BELTS , IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 0–0–1939; IN COMMERCE 0–0–1939.

FOR: BABY RATTLES AND PLACE MARKERS FOR GOLF BALLS MADE IN WHOLE OR IN PART OF PRECIOUS OR SEMI-PRECIOUS METALS, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 0–0–1939; IN COMMERCE 0–0–1939.

FOR: RETAIL STORE AND MAIL ORDER CATALOG SERVICES FEATURING JEWELRY, WATCHES AND CLOCKS, GIFTWARE, DINNERWARE, FLATWARE, TABLE SERVICE PIECES, BABY GIFTS, DECORATIVE HOME FURNISHINGS, STATIONERY, WRITING INSTRUMENTS AND DESK ACCESSORIES, CLOTHING AND ACCESSORIES, TROPHIES AND MEDALS, SMOKERS' ACCESSORIES, WEATHER MONITORING ACCESSORIES, BAR ACCESSORIES, AND PERFUMERY, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 0–0–1939; IN COMMERCE 0–0–1939.

THE DRAWING IS LINED FOR THE COLOR BLUE, AND COLOR IS A FEATURE OF THE MARK. THE DRAWING OF THE BOX IS OUTLINED IN DOTTED LINES.

SEC. 2(F).

SER. NO. 75–360,201, FILED 9–19–1997.

H. M. FISHER, EXAMINING ATTORNEY

**Int. Cls.: 3, 8, 14, 16, 18, 21, 25 and 35**

**Prior U.S. Cls.: 1, 2, 3, 4, 5, 6, 13, 22, 23, 27, 28, 29, 30, 33, 37, 38, 39, 40, 41, 44, 50, 51, 52, 100, 101 and 102**

# United States Patent and Trademark Office

Reg. No. 2,416,795
Registered Jan. 2, 2001

## TRADEMARK
## SERVICE MARK
### PRINCIPAL REGISTER



TIFFANY AND COMPANY (NEW YORK CORPORA-
TION)
727 FIFTH AVENUE
NEW YORK, NY 10022

FOR: FRAGRANCE PRODUCTS, NAMELY, PER-
FUME, COLOGNE, TOILET WATER, TOILET SOAP,
BABY POWDER, BODY CREAM, BATH GEL,
SHOWER GEL, BODY LOTION AND PERSONAL DE-
ODORANT, IN CLASS 3 (U.S. CLS. 1, 4, 6, 50, 51
AND 52).

FIRST USE 0–0–1987; IN COMMERCE 0–0–1987.
FOR: TABLEWARE, NAMELY, KNIVES, FORKS
AND SPOONS; POCKET KNIVES, SCISSORS, AND
RAZORS, IN CLASS 8 (U.S. CLS. 23, 28 AND 44).
FIRST USE 0–0–1939; IN COMMERCE 0–0–1939.
FOR: JEWELRY; WATCHES AND CLOCKS; PRE-
CIOUS AND SEMI-PRECIOUS STONES; DECORA-
TIVE ART OBJECTS MADE IN WHOLE OR IN PART
OF PRECIOUS METALS AND THEIR ALLOYS,
NAMELY, FIGURINES, BOXES AND TROPHIES;
NATURAL AND CULTURED PEARLS; METAL

2,416,795

WARES MADE IN WHOLE OR IN PART OF PRE-CIOUS METALS, AND THEIR ALLOYS, NAMELY, CANDELABRAS, CANDLESTICKS, CIGAR AND CIGARETTE BOXES AND ASHTRAYS; BOWLS, SERVING TRAYS, TUMBLERS, PITCHERS, CORK-SCREWS, CUPS, PORRINGERS, TOOTHPICKS AND PERFUME FLASKS SOLD EMPTY, ALL MADE IN WHOLE OR IN PART OF PRECIOUS METALS AND THEIR ALLOYS; BAR ACCESSORIES MADE OF PRECIOUS METALS AND THEIR ALLOYS, NAME-LY, COASTERS; CLOTHING ACCESSORIES MADE OF PRECIOUS METALS AND THEIR ALLOYS, NAMELY, MONEY CLIPS, CUFFLINKS, KEY HOLD-ERS, KEY RINGS, COLLAR CLIPS, COLLAR PINS, COLLAR STAYS, TIE BARS, TIE TACKS, TIE SLIDES, BELT BUCKLES, AND SHIRT STUDS; PILL BOXES AND PIN BOXES MADE OF OR PLATED WITH PRECIOUS METALS AND THEIR ALLOYS; BABY RATTLES, GOLF CLUBS, AND PLACE MARKERS FOR GOLF BALLS MADE IN WHOLE OR IN PART OF PRECIOUS METALS AND THEIR ALLOYS; PICTURE, CALENDAR AND PHOTO-GRAPH FRAMES MADE IN WHOLE OR IN PART OF PRECIOUS METALS AND THEIR ALLOYS, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

FIRST USE 0–0–1939; IN COMMERCE 0–0–1939. FOR: STATIONERY; DIARIES, CALENDARS, PER-SONAL ORGANIZERS, DRAWING RULERS, BOOK-MARKS, WRITING INSTRUMENTS AND PLAYING CARDS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 0–0–1939; IN COMMERCE 0–0–1939. FOR: LEATHER GOODS, NAMELY, PURSES, HANDBAGS, WALLETS, CREDIT CARD CASES, AND KEY CASES, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FIRST USE 0–0–1939; IN COMMERCE 0–0–1939. FOR: CRYSTAL GLASSES, BOWLS, VASES, CANDY AND JELLY JARS, CANDLESTICKS, SERV-ING PLATTERS, DECORATIVE BOXES, BUCKETS AND BASKETS; CHINA, PORCELAIN, AND EARTH-ENWARE DINNERWARE, BOWLS, SERVING PLAT-TERS, TEA AND COFFEE SETS, MUGS, VASES, CANDY AND JELLY JARS, CANDLESTICKS, BOXES AND BASKETS, IN CLASS 21 (U.S. CLS. 2, 13, 23, 29, 30, 33, 40 AND 50).

FIRST USE 0–0–1939; IN COMMERCE 0–0–1939. FOR: CLOTHING, NAMELY, NECKTIES, SCARVES AND BELTS , IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 0–0–1939; IN COMMERCE 0–0–1939. FOR: RETAIL STORE AND MAIL ORDER CATA-LOG SERVICES FEATURING JEWELRY, WATCHES AND CLOCKS, GIFTWARE, DINNERWARE, FLAT-WARE, TABLE SERVICE PIECES, BABY GIFTS, DECORATIVE HOME FURNISHINGS, STATIONERY, WRITING INSTRUMENTS AND DESK ACCES-SORIES, CLOTHING AND ACCESSORIES, TROPHIES AND MEDALS, SMOKERS' ACCESSORIES, WEATH-ER MONITORING ACCESSORIES, BAR ACCES-SORIES, AND PERFUMERY, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 0–0–1939; IN COMMERCE 0–0–1939. OWNER OF U.S. REG. NO. 2,184,128.

THE DRAWING IS LINED FOR THE COLOR BLUE, AND COLOR IS A FEATURE OF THE MARK.

THE MARK CONSISTS OF A SHADE OF BLUE OFTEN REFERRED TO AS ROBIN'S-EGG BLUE WHICH IS USED ON BAGS. THE MATTER SHOWN IN BROKEN LINES REPRESENTS BAGS OF VAR-IOUS SIZES AND SERVES TO SHOW POSITIONING OF THE MARK. NO CLAIM IS MADE TO SHAPE OF THE BAGS.

SEC. 2(F).

SER. NO. 75–541,599, FILED 8–24–1998.

TERESA M. RUPP, EXAMINING ATTORNEY

Int. Cls.: 3, 8, 14, 16, 18, 21, 25 and 35

Prior U.S. Cls.: 1, 2, 3, 4, 5, 6, 13, 22, 23, 27, 28, 29, 30, 33, 37, 38, 39, 40, 41, 44, 50, 51, 52, 100, 101 and 102

Reg. No. 2,416,795

## United States Patent and Trademark Office

Registered Jan. 2, 2001

## TRADEMARK
## SERVICE MARK
### PRINCIPAL REGISTER



TIFFANY AND COMPANY (NEW YORK CORPORATION)
727 FIFTH AVENUE
NEW YORK, NY 10022

FOR: FRAGRANCE PRODUCTS, NAMELY, PERFUME, COLOGNE, TOILET WATER, TOILET SOAP, BABY POWDER, BODY CREAM, BATH GEL, SHOWER GEL, BODY LOTION AND PERSONAL DEODORANT, IN CLASS 3 (U.S. CLS. 1, 4, 6, 50, 51 AND 52).

FIRST USE 0–0–1987; IN COMMERCE 0–0–1987.

FOR: TABLEWARE, NAMELY, KNIVES, FORKS AND SPOONS; POCKET KNIVES, SCISSORS, AND RAZORS, IN CLASS 8 (U.S. CLS. 23, 28 AND 44).

FIRST USE 0–0–1939; IN COMMERCE 0–0–1939.

FOR: JEWELRY; WATCHES AND CLOCKS; PRECIOUS AND SEMI-PRECIOUS STONES; DECORATIVE ART OBJECTS MADE IN WHOLE OR IN PART OF PRECIOUS METALS AND THEIR ALLOYS, NAMELY, FIGURINES, BOXES AND TROPHIES; NATURAL AND CULTURED PEARLS; METAL

2,416,795

WARES MADE IN WHOLE OR IN PART OF PRE-
CIOUS METALS, AND THEIR ALLOYS, NAMELY,
CANDELABRAS, CANDLESTICKS, CIGAR AND
CIGARETTE BOXES AND ASHTRAYS; BOWLS,
SERVING TRAYS, TUMBLERS, PITCHERS, CORK-
SCREWS, CUPS, PORRINGERS, TOOTHPICKS AND
PERFUME FLASKS SOLD EMPTY, ALL MADE IN
WHOLE OR IN PART OF PRECIOUS METALS AND
THEIR ALLOYS; BAR ACCESSORIES MADE OF
PRECIOUS METALS AND THEIR ALLOYS, NAME-
LY, COASTERS; CLOTHING ACCESSORIES MADE
OF PRECIOUS METALS AND THEIR ALLOYS,
NAMELY, MONEY CLIPS, CUFFLINKS, KEY HOLD-
ERS, KEY RINGS, COLLAR CLIPS, COLLAR PINS,
COLLAR STAYS, TIE BARS, TIE TACKS, TIE
SLIDES, BELT BUCKLES, AND SHIRT STUDS; PILL
BOXES AND PIN BOXES MADE OF OR PLATED
WITH PRECIOUS METALS AND THEIR ALLOYS;
BABY RATTLES, GOLF CLUBS, AND PLACE
MARKERS FOR GOLF BALLS MADE IN WHOLE
OR IN PART OF PRECIOUS METALS AND THEIR
ALLOYS; PICTURE, CALENDAR AND PHOTO-
GRAPH FRAMES MADE IN WHOLE OR IN PART
OF PRECIOUS METALS AND THEIR ALLOYS, IN
CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

FIRST USE 0–0–1939; IN COMMERCE 0–0–1939.
FOR: STATIONERY; DIARIES, CALENDARS, PER-
SONAL ORGANIZERS, DRAWING RULERS, BOOK-
MARKS, WRITING INSTRUMENTS AND PLAYING
CARDS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29,
37, 38 AND 50).

FIRST USE 0–0–1939; IN COMMERCE 0–0–1939.
FOR: LEATHER GOODS, NAMELY, PURSES,
HANDBAGS, WALLETS, CREDIT CARD CASES,
AND KEY CASES, IN CLASS 18 (U.S. CLS. 1, 2,
3, 22 AND 41).

FIRST USE 0–0–1939; IN COMMERCE 0–0–1939.
FOR: CRYSTAL GLASSES, BOWLS, VASES,
CANDY AND JELLY JARS, CANDLESTICKS, SERV-

ING PLATTERS, DECORATIVE BOXES, BUCKETS
AND BASKETS; CHINA, PORCELAIN, AND EARTH-
ENWARE DINNERWARE, BOWLS, SERVING PLAT-
TERS, TEA AND COFFEE SETS, MUGS, VASES,
CANDY AND JELLY JARS, CANDLESTICKS, BOXES
AND BASKETS, IN CLASS 21 (U.S. CLS. 2, 13, 23,
29, 30, 33, 40 AND 50).

FIRST USE 0–0–1939; IN COMMERCE 0–0–1939.
FOR: CLOTHING, NAMELY, NECKTIES,
SCARVES AND BELTS , IN CLASS 25 (U.S. CLS.
22 AND 39).

FIRST USE 0–0–1939; IN COMMERCE 0–0–1939.
FOR: RETAIL STORE AND MAIL ORDER CATA-
LOG SERVICES FEATURING JEWELRY, WATCHES
AND CLOCKS, GIFTWARE, DINNERWARE, FLAT-
WARE, TABLE SERVICE PIECES, BABY GIFTS,
DECORATIVE HOME FURNISHINGS, STATIONERY,
WRITING INSTRUMENTS AND DESK ACCES-
SORIES, CLOTHING AND ACCESSORIES, TROPHIES
AND MEDALS, SMOKERS' ACCESSORIES, WEATH-
ER MONITORING ACCESSORIES, BAR ACCES-
SORIES, AND PERFUMERY, IN CLASS 35 (U.S. CLS.
100, 101 AND 102).

FIRST USE 0–0–1939; IN COMMERCE 0–0–1939.
OWNER OF U.S. REG. NO. 2,184,128.
THE DRAWING IS LINED FOR THE COLOR
BLUE, AND COLOR IS A FEATURE OF THE MARK.
THE MARK CONSISTS OF A SHADE OF BLUE
OFTEN REFERRED TO AS ROBIN'S-EGG BLUE
WHICH IS USED ON BAGS. THE MATTER SHOWN
IN BROKEN LINES REPRESENTS BAGS OF VAR-
IOUS SIZES AND SERVES TO SHOW POSITIONING
OF THE MARK. NO CLAIM IS MADE TO SHAPE
OF THE BAGS.
SEC. 2(F).

SER. NO. 75–541,599, FILED 8–24–1998.

TERESA M. RUPP, EXAMINING ATTORNEY