UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------- x
TIFFANY (NJ) LLC and TIFFANY AND COMPANY,
          Plaintiffs,

    v.

QI ANDREW, GU GONG, SLIVER DENG, and
KENT DENG, all d/b/a TIFFANYSTORES.ORG,
FASHION STYLE and STORESORG; ABC
COMPANIES; and JOHN DOES,
          Defendants.
------------------------------------------------- x

2010 Civ. 9471 (WHP)

**CERTIFICATE OF SERVICE**

ANGEL ARIAS hereby declares as follows:

1.     I am not a party to this action, am over 18 years of age, and reside in Richmond Hill, New York. I am employed by the law firm of Gibson, Dunn & Crutcher LLP, counsel to Plaintiffs Tiffany (NJ) LLC and Tiffany and Company (collectively, "Plaintiffs") in the above-captioned action.

2.     On December 23, 2010, I caused to be served the Temporary Restraining Order and Order to Show Cause, dated December 21, 2010 (the "Order"), together with the Summons and Complaint, by having true and correct copies thereof delivered as follows:

    (a) by delivery of Adobe PDF copies of the Order, Summons, and Complaint to the following email addresses: storesorg@gmail.com; daisy@szbenz.com; and rivalzhizhu@gmail.com.

3.  Attached as Exhibit A is a true and correct copy of the email sent to Defendants on December 23, 2010, providing evidence of service on Defendants as set forth in paragraph 2(a) above.

4.  On December 22, 2010, I caused true and correct copies of the Order, together with the Summons and Complaint, to be delivered to Federal Express for delivery to Defendants at the following address: No. 68 Jiang Nan Road, Meizhou City, China.

5.  According to tracking information provided by Federal Express, the package is currently at the Shantou, China Federal Express facility but has not been delivered, apparently due to an "incorrect address." Attached hereto as Exhibit B is a true and correct copy of the tracking report obtained from Federal Express.

I declare under penalty of perjury that the foregoing is true and correct.

Executed at New York, New York, January 2, 2010.

_____
Angel Arias