UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
:
TIFFANY (NJ) LLC and TIFFANY AND :
COMPANY, :
:
       Plaintiffs, :
:
    -against- :
: 2010 Civ. 9471 (WHP) (HBP)
QI ANDREW, GU GONG, SLIVER DENG, and :
KENT DENG, all d/b/a TIFFANYSTORES.ORG, :
FASHION STYLE and STORESORG; ABC : **NOTICE OF MOTION**
COMPANIES; and JOHN DOES, :
:
       Defendants. :
:
:
------------------------------------------------------------------x

     PLEASE TAKE NOTICE that, pursuant to instructions of the Honorable Henry Pitman provided at the April 19, 2011 hearing in the above-captioned matter, upon the annexed Memorandum of Law in Support of Plaintiffs' Motion to Compel the Production of Documents by Third Parties Bank of China, China Merchants Bank and Industrial and Commercial Bank of China, dated May 3, 2010; the Declaration of Robert L. Weigel, dated May 3, 2011, together with the exhibits thereto; and all prior pleadings and proceedings herein, Plaintiffs Tiffany (NJ) LLC and Tiffany and Company (collectively, "Plaintiffs"), by their undersigned attorneys, will move this Court before the Honorable Henry Pitman, United States Magistrate Judge, in Courtroom 18A of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, at a date and time to be determined by the Court, pursuant to Federal Rule of Civil Procedure 45(c)(2)(B)(i), for the entry of an order (i) compelling third parties Bank of China, China Merchants Bank, and Industrial and Commercial Bank of China to timely

produce all documents called for by Plaintiffs' subpoenas and this Court's order, dated January 3, 2011, regardless of the location of said documents; and (ii) awarding such other relief as the Court may deem just and proper.

Dated: New York, New York
      May 3, 2011

                  Respectfully submitted,

                  GIBSON, DUNN & CRUTCHER, LLP


                  By: __/s/ Robert L. Weigel_____
                       Robert L. Weigel (RW 0163)
                       Howard S. Hogan (HH 7995)
                       Jennifer C. Halter (JH 7032)
                       Anne M. Coyle (AC 3158)

                  200 Park Avenue, 51st Floor
                  New York, New York 10166

                  *Attorneys for Plaintiffs Tiffany (NJ) LLC*
                  *and Tiffany and Company*

101069639_2.DOC